■ Epic Sports International, Inc., Formerly Known as Klip America, Inc., Appellant, v Sean Frost et al., Respondents, et al., Defendants. [5 NYS3d 866]—Appeals having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Melvin L. Schweitzer, J.), entered on or about February 26, 2013, and from an order, same Court and Justice, entered October 2, 2013, and said appeals having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated March 31, 2015, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ. 

■ The People of the State of New York, Respondent, v Robert S. Brown, Appellant. [5 NYS3d 866]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about March 6, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ.